IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT REED,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** *et al.*, )<br>)<br>)<br>**Defendants.** | **CIVIL NO. 09-cv-174-MJR** |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 6) wherein the Plaintiff gives notice that the instant action is being dismissed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The Court notes that no answer or motion for summary judgment was filed by any Defendant prior to Plaintiff filing the instant notice. Therefore, the instant action is **DISMISSED**, without prejudice. The Clerk of Court is **DIRECTED TO CLOSE THIS CASE**.

**IT IS SO ORDERED**.

**DATED this 4th day of May, 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**